**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGDAN SZUMILAS on Behalf of Himself and all Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>THE CBE GROUP INCORPORATED,<br><br>     Defendant. | Case No.  2:15-CV-08595-AB-GJSx<br><br>Honorable Andre Birotte Jr.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED among Plaintiff Bogdan Szumilas and Defendant The CBE Group Incorporated that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice.  All class claims in the lawsuit are dismissed without prejudice.  As Plaintiff has not moved for class certification and no class has been certified, court approval is not required as to dismissal of any claims asserted on behalf of putative class members.  Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated:  July 12, 2017          **BURSOR & FISHER, P.A.**

By:_____*/s/Yeremey Krivoshey*_____
       Yeremey Krivoshey

*Attorneys for Plaintiff*

Dated:  July 12, 2017          **HINSHAW & CULBERTSON LLP**

By:_____*/s/ Todd P. Stelter*_____
       Todd P. Stelter

*Attorneys for Defendant*
*The CBE Group, Inc.*